tion be, and the same is, hereby dismissed. See Rule 49(a), Rules of Practice and Procedure, United States Court of Military Appeals.

January 22, 1971

No. 71–2  In the matter of the Petition of Stephen M. Whalen, A1C, U. S. Air Force.

ORDERED:
That said Petition be, and the same is hereby, dismissed for lack of jurisdiction. See United States v Snyder, 18 USCMA 480, 40 CMR 192 (1969).

March 24, 1971

No. 71–18  Thomas T. Swisher, Formerly PFC, U. S. Army v United States Board of Parole.

ORDERED:
That said "Application" be, and the same is hereby, dismissed for lack of jurisdiction. Swisher v Secretary of the Army, Miscellaneous Docket No. 70–59, September 29, 1970, 20 USCMA 685.

April 5, 1971

No. 71–18  Thomas T. Swisher, Formerly PFC, U. S. Army v United States Board of Parole.

ORDERED:
That said Petition for Reconsideration, and said motion, be, and the same are hereby, denied.